FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) Aloha Worldwide Forwarders, Inc., et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

05-1357C

Post Office Box:

Street Address: 815 Connecticut Avenue, Suite 500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 833-8884

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three digit codes.

Amount Claimed: $ To be proven.

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiffs

Aloha Worldwide Forwarders, Inc.
StarTrans International, Inc.
Valley Van & Storage, Inc.
Shur-way Moving & Cartage, Inc.
Universal Forwarding, Inc.
Perfect Pak Company
Johnson Household Goods Shipping, LLC
American Wandell Moving Services, LLC